FILED

2005 OCT 26 P 3: 40

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00385 OWW |
| Plaintiff, | ORDER TO SEAL |
| vs. | |
| WALTER M. SCHALES, | |
| Defendant. | |

On the basis of good cause, due to the sensitive nature of the photographs, and upon the motion made by the Government, this Court DIRECTS the clerk of this Court to seal the Government's Exhibits 1, 2, and 3 from the Bail Review Hearing held on October 26, 2005. The exhibits are to remain sealed, absent a court order to the contrary.

IT IS SO ORDERED.

DATED: October 26, 2005

LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE

1