```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WALTER M. SCHALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-CR-00385 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE HEARING |
| v. | ) AND ORDER |
| WALTER M. SCHALES, | ) Date:  March 7, 2006 ) Time:  9:00 A.M. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing in the above captioned matter now scheduled for February 14, 2006, may be continued to March 7, 2006, at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea preparation.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 9, 2006      By: /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Acting Federal Defender

DATED: February 9, 2006      By: /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
WALTER M. SCHALES

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: February __10__, 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Continue Status Conference
Hearing and [Proposed] Order Thereon             2