DANIEL J. BRODERICK, #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WALTER M. SCHALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-00385 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING |
| v. | ) ) | AND ORDER |
| WALTER M. SCHALES, | ) ) | Date: May 30, 2006 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the government's responses to motions in this matter now due May 8, 2006, shall be filed on or before May 15, 2006, **and the hearing on motions in the above captioned matter now scheduled for May 23, 2006, may be continued to May 30, 2006, at 9:00 a.m.**

The grounds for the continuance are because defendant's motions were filed one week late because counsel for defendant was out of the office ill at the time motions were due.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: April 25, 2006          By: /s/ David L. Gappa
                                   DAVID L. GAPPA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Acting Federal Defender

DATED: April 25, 2006          By: /s/ Melody M. Walcott
                                   MELODY M. WALCOTT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   WALTER M. SCHALES

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 26, 2006**            /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing and [Proposed] Order Thereon               2