

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05-CR-00385 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WALTER M. SCHALES, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter shall be placed onto the court's calendar for June 13, 2006, at 9:00 a.m.  It is FURTHER ORDERED that time be excluded under the Speedy Trial Act under 18 U.S.C. § 3161(h)(8)(A) and §3161(h)(8)(B)(i).  SO ORDERED.

DATE: 5-18-06

OLIVER W. WANGER
United States District
Court Judge