DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WALTER M. SCHALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00385 OWW |
| ) | |
| Plaintiff, ) | ORDER GRANTING DEFENDANT'S MOTION |
| ) | FOR EXTENSION OF TIME TO FILE MOTION |
| v. ) | FOR JUDGMENT OF ACQUITTAL AND/OR NEW |
| ) | TRIAL |
| WALTER M. SCHALES, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |
| ————————————— ) | |

Having read defendant's motion and supplemental memorandum of points and authorities in

support of motion for extension of time in which to file a motion for judgment of acquittal and/or new

trial, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant's motion **IS GRANTED**.  Defendant shall have

through March 30, 2007, to file a motion for judgment of acquittal and/or new trial.

**IT IS SO ORDERED**.

DATED:  February __23__, 2007                     __/s/ OLIVER W. WANGER_____

OLIVER W. WANGER, Senior Judge
United States District Court
Eastern District of California

[Proposed] Order Granting Defnedant's Motion
for Extension of Time to file Motion for
Judgment of Acquittal and/or New Trial