1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   WALTER M. SCHALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-00385 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE FILING DATE FOR MOTION FOR NEW TRIAL AND/OR JUDGMENT OF ACQUITTAL AND TO CONTINUE MOTION/SENTENCING HEARING DATE; ORDER |
| v. | ) | |
| WALTER M. SCHALES, | ) | |
| Defendant. | ) | Date: June 11, 2007<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that defendant's motion for new trial and/or judgment of acquittal now due March 30, 2007, shall be filed on or before April 30, 2007, the government's response shall be filed on or before June 4, 2007, and **the hearing on said motion and sentencing hearing now scheduled for April 17, 2007, may be continued to June 11, 2007, at 9:00 A.M.**

///
///
///
///
///
///

1 | Counsel has not yet received the trial transcripts, and therefor this continuance is sought.

2 |                  McGREGOR M. SCOTT
                 United States Attorney

DATED: March 22, 2007     By: /s/ David L. Gappa
                 DAVID L. GAPPA
                 Assistant U.S. Attorney
                 Attorney for Plaintiff


                 DANIEL J. BRODERICK
                 Federal Defender

DATED: March 22, 2007     By: /s/ Melody M. Walcott
                 MELODY M. WALCOTT
                 Assistant Federal Defender
                 Attorney for Defendant
                 WALTER M. SCHALES


**ORDER**

IT IS SO ORDERED.

**Dated: March 23, 2007**         **/s/ Oliver W. Wanger**
emm0d6                UNITED STATES DISTRICT JUDGE

2