MICHELE BECKWITH
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00385-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | PROPOSED DATE: February 20, 2025 |
| WALTER SCHALES, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Stanley A. Boone |

This case is scheduled for a status conference on February 14, 2025, before United States Magistrate Judge Sheila K. Oberto. Since that hearing was scheduled, the probation office has provided the parties with a copy of the presentence investigation report from the defendant's underlying case and identified potential witnesses to support a finding of the alleged supervised release violations. The Federal Defender's Office has asked new counsel to accept the case, and she needs additional time to learn about the case and communicate with the defendant. That is more challenging given the defendant's detention in Taft, California. The defense requests additional time for defense preparation and investigation. Based on these considerations, the parties have agreed that the court should vacate the current status conference and reschedule it for February 20, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 12, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ David Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated:  February 12, 2025 | /s/ MELISSA BALOIAN<br>MELISSA BALOIAN<br>COUNSEL FOR<br>WALTER SCHALES |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>WALTER SCHALES,<br><br>                         Defendant. | CASE NO.  1:05-CR-00385-JLT-SKO<br><br>ORDER<br><br>DATE: February 20, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**ORDER**

Based on the parties' stipulation, the court finds good cause for continuing the status conference in this case. Accordingly, the status conference scheduled for February 14, 2025, is continued to February 20, 2025, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **February 12, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

3