CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone: (559) 779-2315
Facsimile: (559) 442-1567

Attorney for Defendant
Walter Schales

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF CALIFORNIA
\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Walter Schales<br><br>Defendant. | **Case: 1:05-CR-0385-001**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: November 21, 2025<br>TIME: 2:00 pm<br>COURT: Hon. Sheila K Oberto |

**JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a preliminary hearing on November 21, 2025 in front of the Honorable Sheila K. Oberto.

2. On November 12, 2025, Defense Counsel Yan Shrayberman filed a Notice of Appearance, replacing previously appointed Defense Counsel Laura Meyers. ECF#149.

3. At this time, Defense Counsel has not had an opportunity to meet and confer with the Defendant regarding proceeding forward to a preliminary hearing or potential resolutions to the case through admissions or denials.

4. Defense Counsel is also in the process of receiving discovery from previously appointed counsel and the Government.

5. As a result, Defense Counsel and the Government jointly request that the preliminary hearing currently set for November 21, 2025 be continued to December 1, 2025 in order to allow time for Defense Counsel to review discovery, confer with the Defendant, and discuss potential resolutions with the Government and Probation.

6. Accordingly, Defense Counsel and the Government jointly stipulate that the preliminary hearing currently set for November 21, 2025 be continued to December 1, 2025 in order to allow time for Defense Counsel preparations and negotiations.

7. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: November 20, 2025

ERIC GRANT
United States Attorney

/s/ David Gappa
David Gappa
Assistant United States Attorney

Dated: November 20, 2025

/s/ YAN E. SHRAYBERMAN
YAN E. SHRAYBERMAN
Counsel for Defendant
Walter Schales

# ORDER

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing be continued until December 1, 2025 at 2:00 PM.

IT IS SO ORDERED.

Dated:   **November 20, 2025**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

**CROWN LAW FIRM**
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567