CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Walter Schales

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| UNITED STATES OF AMERICA, | Court Case#:  1:05-cr-00385 |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]** |
| v. | |
| Walter Schales | |
| Defendant. | |

On February 4, 2025, Defendant Walter Schales was ordered arrested on a new violation of supervised release.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Walter Schales on November 17, 2025, in the criminal case. Schales was sentenced following admission to the violation of supervised release on March 3, 2026. No appeal was filed and the date to file an appeal has passed. Mr. Schales was in custody at sentencing. The trial phase of Mr. Schales 's criminal case has, therefore, come to an end. Having completed his representation of Mr. Schales, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Schales require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: March 19, 2026                    CROWN LAW FIRM
                                         /s/ Yan E. Shrayberman
                                         YAN E. SHRAYBERMAN
                                         Attorney for Defendant
                                         Walter Schales

## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Walter Schales 's status and contact information.

Walter Schales 62550-097
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301

**IT IS SO ORDERED**

Dated:__March 20, 2026_____          _____
                                               UNITED STATES DISTRICT JUDGE